FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC -8 PM 4: 19

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | |
|---|---|
| **Patricia A. Fisher**<br>SSN: XXX-XX-8483<br><br>Debtor(s) | Case No. 10-21916 RKM<br>Chapter 7 |

**NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
UNITED STATES BANKRUPTCY COURT REGISTRY**

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.  On December 7, 2010 the Court approved the trustee's final report and proposed distribution.

2.  Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 6. | Capital Recovery III LLC c/o Recovery Mgmt Systems | 25 SE 2nd Ave Ste 1120 | $4.32 |

3. These funds are on deposit in Bank of America, account number 4437702359.

4. A check in the amount of Four Dollars and Thirty-Two Cents ($4.32), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** December 8, 2010

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

>Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

>Patricia A. Fisher
4949 South 4380 West
Kearns, UT 84118-4801

>Tony G. Jones
Law Office of Davis & Jones, PC
180 East 2100 South
Suite 102
Salt Lake City, UT 84115

*Renee Christensen* (signature)

Date: 12/08/10  Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-21916 - Fisher, Patricia A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Capital Recovery III LLC**<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605<br>acct # 9948 | 000006 | 51.35 | 4.32 |
| ---------- Remittance Total --------------- | | 51.35 | 4.32 |

Elizabeth R. Loveridge, Trustee